IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION<br><br>Plaintiff,<br><br>BUFFALO TECHNOLOGY (USA), INC., a Delaware corporation, and BUFFALO INC., a Japanese corporation<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2-05 CV-53 LED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING BUFFALO TECHNOLOGY (USA), INC.'S AND BUFFALO INC.'S MOTION FOR EXTENSION OF TIME TO SUBMIT ITS <u>PRELIMINARY INVALIDITY DISCLOSURES</u>**

The Court has considered the Unopposed Motion for Extension of Time to Submit its Preliminary Invalidity Disclosures and finds that such motion is well-taken and should be GRANTED in all respects.

Accordingly, IT IS ORDERED that Buffalo Technology (USA), Inc., and Buffalo Inc. (collectively, "Buffalo") time to submit its preliminary invalidity disclosures is extended to June 10, 2005.

**So ORDERED and SIGNED this 9th day of June, 2005.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**