UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION | § § § § | |
| Plaintiff, | § § | 2-05 CV-53 LED |
| v. | § § § | UNOPPOSED |
| BUFFALO TECHNOLOGY (USA), INC., a Delaware corporation, and BUFFALO INC., a Japanese corporation | § § § § | |
| Defendants. | § § | |

## ORDER

On this day came on to be heard, Plaintiff's Unopposed Motion for Leave to Exceed Page Limits to file Sur-Reply to Defendant's Motion for Summary Judgment of Invalidity of the Asserted Claims of the '069 Patent and after consideration of the Motion, the Court is of the opinion that the same should be GRANTED.

IT IS HEREBY ORDERED that Plaintiff is permitted to file its Sur-Reply in excess of the page limit set forth in Local Rule CV-7.

**So ORDERED and SIGNED this 7th day of March, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

4