UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO TECHNOLOGY (USA), INC., a Delaware corporation, and BUFFALO INC., a Japanese corporation,<br><br>Defendants. | 2:05-CV-053 (LED) |

# ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS REGARDING THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '069 PATENT

Defendants Buffalo Technology (USA), Inc. and Buffalo Inc. (collectively "Buffalo") requested a page limit extension in which to submit their Reply to CSIRO's Response to their Motion for Summary Judgment of Non-Infringement of the '069 Patent.

CSIRO does not oppose such motion, and after considering this issue, the Court GRANTS such motion.

It is hereby ORDERED that Buffalo is authorized to exceed the page limits in its Reply and file the proposed Reply, including the exhibits thereto, which were attached to its motion within three business days of the date of this Order.

**So ORDERED and SIGNED this 10th day of July, 2006.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

{A48\7363\0001\W0307769.1 }
5940791