IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO TECHNOLOGY (USA), INC., a Delaware corporation, and BUFFALO, INC., a Japanese corporation<br><br>Defendants. | § § § § § § § § § § § § § | 2:05-CV-00053 LED<br><br>Oral Argument Requested |

**ORDER GRANTING CSIRO'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR ITS SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 68-72 OF THE '069 PATENT**

Plaintiff Commonwealth Scientific and Industrial Research Organisation ("CSIRO") requests leave to exceed the page limits in its Sur-reply In Support of Its Opposition to Defendants' Motion for Summary Judgment of Invalidity of Claims 68-72 of the '069 Patent beyond the prescribed page limit.

After considering this issue, the Court GRANTS the motion, and it is hereby ORDERED that CSIRO is authorized to exceed the page limit in its Sur-reply.

**So ORDERED and SIGNED this 17th day of July, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

60822024 v1

- 1 -