UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION | ) ) ) ) | |
| | ) | 2:05-CV-053 (LED) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BUFFALO TECHNOLOGY (USA), INC., a Delaware corporation, and BUFFALO INC., a Japanese corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

# ORDER GRANTING BUFFALO'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS CONCERNING ITS SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF THE '069 PATENT

Defendants Buffalo Technology (USA), Inc. and Buffalo Inc. (collectively "Buffalo") requested an additional three pages in which to submit their Surreply to the Motion for Partial Summary Judgment of non-infringement of the '069 Patent, filed by Plaintiff Commonwealth Scientific and Industrial Organisation ("CSIRO").

CSIRO does not oppose such motion, and after considering this issue, the Court GRANTS such motion.

It is hereby ORDERED that Buffalo is authorized to exceed the page limits in its Surreply and file the proposed Surreply, including the exhibits thereto, which were attached to its motion within three business days of the date of this Order.

{A48\7363\0001\W0308252.1 }

**So ORDERED and SIGNED this 17th day of July, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**